# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-97-JLK

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. SEUD BLADEMIR TURCIOS-ARRAZOLA,
   a.k.a. Jose Francisco Turcios-Arrazola,
   a.k.a. Jose Francisco Torcio,

Defendant.



2:19-mj-968-VCF

## INDICTMENT
### 8 U.S.C. § 1326(a), (b)(2)
### Illegal Re-entry After Deportation

The Grand Jury charges:

### COUNT 1

On or about December 8, 2015, in the State and District of Colorado, the defendant, SEUD BLADEMIR TURCIOS-ARRAZOLA; a.k.a. Jose Francisco Turcios-Arrazola; a.k.a. Jose Francisco Torcio, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about May 26, 2014, and without the express consent of the proper legal authority to reapply for admission to the United States. All in violation of Title 8, United States Code, Section 1326(a).

## NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 8, United States Code, Section 1326(b)(2) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for an aggravated felony offense.

A TRUE BILL

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

ROBERT C. TROYER
United States Attorney

By: <u>s/ Wayne Paugh</u>
Wayne B. Paugh
Special Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: Wayne.Paugh@usdoj.gov
Attorney for the United States

| | |
|---|---|
| DEFENDANT: | SEUD BLADEMIR TURCIOS-ARRAZOLA<br>a.k.a. Jose Francisco Turcios-Arrazola<br>a.k.a. Jose Francisco Torcio |
| YOB: | 1991 |
| ADDRESS: | At large |

COMPLAINT FILED?                 ___ YES     _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___ YES  _X_ NO

OFFENSE:  8 U.S.C. § 1326(a); (b)(2); Illegal re-entry of removed alien subsequent to an aggravated felony conviction

LOCATION OF OFFENSE:  Denver County, Colorado

PENALTY:  NMT 20 years imprisonment; NMT $250,000 fine, or both;
NMT three years supervised release;
$100 special assessment.

AGENT:  Reuben Coray, Deportation Officer, ICE/DHS

AUTHORIZED BY:  Wayne B. Paugh, Special Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_X_ five days or less    ___ over five days    ___ other

THE GOVERNMENT:

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

___ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDEF CASE:              ___ Yes       _X_ No

## INITIAL APPEARANCE

Case number:          **2:19-mj-00964-EJY**

Case name:            **USA v PHUONG TANG**
                      Counsel _____

Date Complaint Filed:     December 23, 2019

Offense Charged:          False Information and Hoax Related to Purported Biological and Chemical Weapons  - 18 USC § 1038

**Preliminary Hearing:**
**January 14, 2020, at 4:00 p.m.**
**Courtroom 3C**

## INITIAL APPEARANCE

Case number:        2:19-mj-00964-EJY

Case name:          USA v PHUONG TANG
                    Counsel _____

Date Complaint Filed:    December 23, 2019

Offense Charged:    False Information and Hoax Related to Purported Biological and Chemical Weapons - 18 USC § 1038

**Preliminary Hearing:**
**January 14, 2020, at 4:00 p.m.**
**Courtroom 3C**